

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2021

No. 04-20-00511-CV

**IN THE INTEREST OF A.M.M., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02102
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The State's brief was originally due by January 4, 2021, and the State filed a motion requesting a thirty-day extension of time.

After consideration, we **GRANT IN PART** the motion and **ORDER** the State to file its brief **by January 22, 2021**. **Appellant is advised that further extensions of time will be disfavored**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court